UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO.: 4:05CR40034-FDS |
| v. | ) |
| | ) VIOLATION: |
| NICHOLAS POLICE | ) 21 U.S.C. §841(a)(1) – |
| | ) Possession With Intent to |
| | ) Distribute and Distribution of |
| | ) Marijuana and Cocaine |

INDICTMENT

COUNT ONE:   (Title 21, United States Code, Section 841(a)(1) –
Possession With Intent To Distribute And
Distribution Of Marijuana)

The Grand Jury charges that:

On or about March 18, 2004, in the District of Massachusetts,

NICHOLAS POLICE

knowingly and intentionally possessed with intent to distribute, and distributed, marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

1

COUNT TWO:   (Title 21, United States Code, Section 841(a)(1) - Possession With Intent To Distribute And Distribution Of Cocaine)

The Grand Jury further charges that:

On or about March 27, 2004, in the District of Massachusetts,

NICHOLAS POLICE

knowingly and intentionally possessed with intent to distribute, and distributed, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE:     (Title 21, United States Code, Section 841(a)(1) -
                 Possession With Intent To Distribute and
                 Distribution Of Cocaine)

The Grand Jury further charges that:

On or about March 31, 2004, in the District of Massachusetts,

### NICHOLAS POLICE

knowingly and intentionally possessed with intent to distribute, and distributed, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

_____
FOREMAN OF THE GRAND JURY

_____
ASSISTANT U. S. ATTORNEY

DISTRICT OF MASSACHUSETTS;   7/27   , 2005

Returned into the District Court by Grand Jurors and filed.

_____
DEPUTY CLERK

3:27 p.m.

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Worcester   **Category No.** II   **Investigating Agency** DEA

**City** Worcester

**County** Worcester

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Nicholas Police    Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** 45 Sagamore Road, Worcester, MA

**Birth date (Year only):** 1978  **SSN (last 4 #):** 9167  **Sex** M  **Race:** Caucasian  **Nationality:** U.S.A.

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** George Vien   **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody  MCI Shirley   ☒ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☒ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 7/27/05   **Signature of AUSA:** _/s/ George W. Vien_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Nicholas Police

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 841 (a)(1) | Distribution of Marijuana | 1 |
| Set 2   21 U.S.C. § 841 (a)(1) | Distribution of Cocaine | 2, 3 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**