UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | **Criminal No. 05-40034-FDS** |
| ) | |
| **NICHOLAS POLICE**     ) | |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum to the Superintendent of MCI Gardner 500 Colony Road, Gardner, Massachusetts 01440, for the purpose of securing Nicholas Police at the Federal District Court, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts 01608 for an initial appearance before Magistrate Judge Charles B. Swartwood on September 13, 2005 at 2:30 p.m. In support of this petition, the government states that:

1. That Nicholas Police (date of birth: 5/30/78) is presently confined at MCI. Gardner and will be so confined on September 13, 2005.

2. That Nicholas Police was indicted in the above-captioned case.

3. That Nicholas Police is due to appear before the United States District Court, at Worcester, Massachusetts, for the purpose of initial appearance on September 13, 2005 at 2:30 p.m.

**WHEREFORE**, the government requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum to be directed to the United States Marshal for the District of Massachusetts, to the Superintendent at MCI Gardner, and to any other person having custody and control of Nicholas Police, commanding them to produce Nicholas Police before Magistrate Judge Charles

B. Swartwood at the United States Courthouse, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts 01608 on September 13, 2005 at 2:30 p.m.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/George W. Vien
        George W. Vien
        Assistant U.S. Attorney

ALLOWED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: