UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: The Superintendent of MCI, Gardner House of Correction, 500 Colony Road, Gardner, Massachusetts YOU ARE COMMANDED to have the body of __Nicholas Police__ now in your custody, before the United States District Court for the District of Massachusetts, Harold D. Donohue Post Office and Courthouse Building, Courtroom No. __1__, on the __5TH__ floor, Worcester, Massachusetts on __September 14, 2005__ at __4:00__ P.A. M. for the purpose of __An Arraignment__ in the case of UNITED STATES OF AMERICA V. __Nicholas Police__ CR Number __05-40034-FDS__

And you are to retain the body of said __Nicholas Police__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __Nicholas Police__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 12th day of __September__, 2005.


Charles B. Swartwood, III
CHIEF MAGISTRATE JUDGE

TONY ANASTAS, CLERK

SEAL

By: /s/ Sherry L. Jones
Lisa B. Roland (508)929-9905
Deputy Clerk

(Habcorp.wrt - 10/96)                                                    [kwhcap.] or
                                                                          [kwhcat.]