AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

———— District of ————

## APPEARANCE

CASE NUMBER:
CR 05 40034 FDS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

NICHOLAS POLICE

I certify that I am admitted to practice in this court.

September 19, 2005
Date

Thom McEvily
Signature

THOMAS McEVILLY
Print Name                                Bar Number

48 WEST ST
Address

LEOMINSTER
City                State            Zip Code

978 534 3552
Phone Number                          Fax Number