UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.: 05-40034-FDS |
| ) | |
| NICHOLAS POLICE ) | |

### ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

The government moves to continue the status conference scheduled for Monday, October 31, 2005, for approximately two weeks until on or about November 14, 2005. In support of this Motion the government states that government counsel will be trying the case captioned <u>United States v. Lafortune</u>, 03-10366-PBS, which is scheduled to begin on October 31st. In addition, the defendant would like more time to review the relatively voluminous discovery materials that have been provided and determine whether a status conference will be necessary.

Accordingly, the government respectfully request that the status conference be continued until on or about November 14, 2005. Defense counsel assents to this Motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

DATED: October 28, 2005            /S/ George W. Vien
                                   GEORGE W. VIEN
                                   Assistant U.S. Attorney