# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | CRIMINAL ACTION |
| ) | NO. 05-40034-FDS |
| NICHOLAS POLICE, ) | |
| Defendant, ) | |

### INITIAL STATUS REPORT
### November 14, 2005

**SWARTWOOD, C.M.J.**

The following is an Initial Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

Completed.

2. <u>Plea Negotiations</u>

Counsel for the parties have requested additional time to complete plea negotiations. I have granted that request.

3. <u>Further Status Conference</u>

A further status conference shall be held in this case on December 19, 2005, at 3:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.  <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for Mr. Police, I am excluding from the Speedy Trial Act, the period from September 28, 2005 (date of expiration of prior order of excludable time) through December 19, 2005 (date by which the parties will have completed their plea negotiations in this case). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, March 27, 2006</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE