UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.      )<br>)<br>NICHOLAS POLICE,    )<br>  Defendant,   )<br>) | **CRIMINAL ACTION**<br>**NO. 05-40034-FDS** |

### ORDER OF EXCLUDABLE TIME
### November 14, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 28, 2005 (date of expiration of prior order of excludable time) through December 19, 2005 (date by which the parties will have completed their plea negotiations in this case) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE