# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ )<br>UNITED STATES OF AMERICA,  )<br>                            )<br>                            )<br>     v.                     )<br>                            )<br>NICHOLAS POLICE,            )<br>          Defendant,        )<br>_____) | CRIMINAL ACTION<br>NO. 05-40034-FDS |

### STATUS REPORT
### December 21, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

Completed.

2. <u>Plea Negotiations</u>

Counsel report that they are close to resolving this case, but have requested additional time to complete plea negotiations. I have granted that request.

3. <u>Further Status Conference</u>

A further status conference shall be held in this case on January 18, 2006, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for Mr. Police, I am excluding from the Speedy Trial Act, the period from December 19, 2005 (date of expiration of prior order of excludable time) through January 18, 2006 (date by which plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, March 29, 2006</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE
