```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | NO. 05-40034-FDS |
| NICHOLAS POLICE, ) | |
| Defendant, ) | |

## FINAL STATUS REPORT
### January 19, 2006

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Saylor, J. to whom this case is assigned:

1. <u>Rule 11 Hearing</u>

Counsel for the parties have requested that this case be returned to Judge Saylor for a Rule 11 hearing. I have granted that request.

2. <u>Excludable Time</u>

I have previously excluded from the Speedy Trial Act, the entire period from date of arraignment through January 18, 2006. Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, March 29, 2006</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE