UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his

deputies, and to:  MCI Gardner
　　　　　　　　　500 Colony Road
　　　　　　　　　Gardner, MA 01440


YOU ARE COMMANDED to have the body of __NICHOLAS POLICE__ now in your custody,

before the United States District Court for the District of Massachusetts, United States Courthouse, Courtroom  No. __2,__

on the __5th__ floor, Worcester, Massachusetts on  __FRIDAY   FEBRUARY 10, 2006__ , at  __11:30 A.M.__

for the purpose of __RULE 11 HEARING__

in the case of     UNITED STATES OF AMERICA V.  __NICHOLAS POLICE__

CR Number  __05-40034-FDS__

　　　　And you are to retain the body of said __NICHOLAS POLICE__ while before said Court

upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon

as may be thereafter to return said __NICHOLAS POLICE__ to the institution from which he was taken, under safe and secure

conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then

and there this Writ with your doings herein.

Dated this __7th__ day of __February,__ 2006.


/s/ F. Dennis Saylor IV
UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　　　　　　　SARAH THORNTON, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Martin Castles
　　　　　　　　　　　　　　SEAL　　　　　　　Deputy Clerk