# United States District Court
## DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-40034FDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>NICHOLAS POLICE,<br>DEFENDANT | MOTION TO EXTEND TIME TO<br>FILE SENTENCING MEMORANDUM |

The defendant respectfully requests the Court ALLOW UNTIL June 9, 2006 to file a Sentencing Memorandum, to include the defendant's request to impose a non-Guideline Sentence.

As grounds in support of this motion, the defendant states that he has been partially disabled with a chronic back pain problem which has reduced his hours or work.

Signed under the pains and penalties of perjury this ___5th___ day of ___May___ 2006.

_____  
George Vien  
District U.S. Atorney

_____  
Thomas F. McEvilly  
MCEVILLY & CURLEY  
48 West Street  
Leominster, MA 01453  
(978) 534-3556