# United States District Court
### DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-40034FDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             PLAINTIFF<br><br>v.<br><br>NICHOLAS POLICE,<br>             DEFENDANT | MOTION TO EXTEND TIME TO<br>FILE SENTENCING MEMORANDUM |

The defendant respectfully requests the Court allow until June 9, 2006 to file a Sentencing Memorandum, to include the defendant's request to impose a non-Guideline Sentence and to reschedule sentencing to June 21, 2006.

As grounds in support of this motion, the defendant states that he has been partially disabled with a chronic back pain problem which has reduced his hours or work.

Signed under the pains and penalties of perjury this 11th day of May 2006.

_____
George Vien
District Assistant U.S. Atorney

_____
Thomas F. McEvilly
MCEVILLY & CURLEY
48 West Street
Leominster, MA 01453
(978) 534-3556