```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )
          v.                 )   CR. NO.: 05-40034-FDS
                             )
NICHOLAS POLICE              )
```

**ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING**

The government moves to continue the sentencing hearing scheduled for Monday, June 26, 2006, until a date during the week of July 10, 2006. In support of this Motion the government states that government counsel will be trying the case captioned United States v. Dunbar, 02-40004-NMG, which is scheduled to begin on June 26th.

Accordingly, the government respectfully request that the sentencing hearing be continued until the week of July 10, 2006. Defense counsel assents to this Motion.

```
                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                        By:
DATED: June 14, 2006        /S/ George W. Vien
                            GEORGE W.  VIEN
                            Assistant U.S. Attorney
```

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 14, 2006.

```
                            /s/ George W. Vien
                            George W. Vien
                            Assistant U.S. Attorney
```