UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his

deputies, and to:  MCI Gardner
500 Colony Road
Gardner, MA 01440


YOU ARE COMMANDED to have the body of __NICHOLAS POLICE__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, Courtroom  No. _2,_ on the _5th_  floor, Worcester, Massachusetts on   _FRIDAY   JULY 14, 2006_ , at  _2:00P.M._ for the purpose of __DISPOSITION__

in the case of       UNITED STATES OF AMERICA V.    __NICHOLAS POLICE__

CR Number  __05-40034-FDS__

And you are to retain the body of said __NICHOLAS POLICE__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said _NICHOLAS POLICE_  to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this   _7th_     day of _JULY,_    2006.


/s/ F. Dennis Saylor IV
UNITED STATES DISTRICT JUDGE

SARAH THORNTON, CLERK

By: /s/ Martin Castles
SEAL                      Deputy Clerk