UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 05-40034-FDS** |
| | ) | |
| **NICHOLAS POLICE** | ) | |
| | ) | |

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States of America, by and through its attorney, Michael J. Sullivan, United

States Attorney for the District of Massachusetts, hereby respectfully requests that this Court issue

a Writ of Habeas Corpus Ad Testificandum to MCI Concord in Concord, Massachusetts, for the

purpose of securing **DANIEL J. LEHAN** to testify in the sentencing hearing before United States

District Judge F. Dennis Saylor IV in the above-captioned case on September 19, 2006 at 2:00 p.m.

In support of this petition, the government states that:

1.      That **DANIEL J. LEHAN**, Date of Birth January 4, 1978 is presently confined at

MCI. Concord and will be so confined on September 19, 2006.

2.      That **DANIEL J. LEHAN** will be called to be a witness in the sentencing hearing

in the above-captioned case.

3.      That **DANIEL J. LEHAN** is due to appear before United States District Judge F.

Dennis Saylor IV for this purpose on September 19, 2006 at 2:00 p.m.

**WHEREFORE**, the government requests that this Court issue a Writ of Habeas Corpus Ad

Testificandum to be directed to the United States Marshal for the District of Massachusetts, to the

the Warden at MCI Concord, and to any other person having custody and control of **DANIEL J.**

**LEHAN** , commanding them to produce **DANIEL J. LEHAN** before United States District Judge

1

F. Dennis Saylor IV at the United States Courthouse, 595 Main Street, Worcester, Massachusetts

on September 19, 2006 at 2:00 p.m.

<div style="margin-left:40%">

Respectfully submitted,

Michael J. Sullivan
United States Attorney

By:    /s/ George W. Vien
       George W. Vien
       Assistant U.S. Attorney
       (617) 748-3236

</div>

ALLOWED:


_____
F. DENNIS SAYLOR IV
UNITED STATES DISTRICT JUDGE

Dated: