UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his

deputies, and to:  MCI Gardner
                   500 Colony Road
                   Gardner, MA 01440


YOU ARE COMMANDED to have the body of   NICHOLAS POLICE                     now in your custody,

before the United States District Court for the District of Massachusetts, United States Courthouse, Courtroom  No. 2,

on the 5th  floor, Worcester, Massachusetts on   Tuesday   September 19, 2006 , at   2:00P.M.

for the purpose of    DISPOSITION

in the case of      UNITED STATES OF AMERICA V.    NICHOLAS POLICE

CR Number   05-40034-FDS

And you are to retain the body of said    NICHOLAS POLICE             while before said Court

upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon

as may be thereafter to return said  NICHOLAS POLICE   to the institution from which he was taken, under safe and secure

conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then

and there this Writ with your doings herein.

Dated this   15th     day of  September,   2006.


/s/ F. Dennis Saylor IV
UNITED STATES DISTRICT JUDGE

                                              SARAH THORNTON, CLERK

                                              By: /s/ Martin Castles
                         SEAL                      Deputy Clerk