UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his

deputies, and to:  MCI Concord
                   Concord, MA


YOU ARE COMMANDED to have the body of __DANIEL J. LEHAN__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, Courtroom No. __2,__ on the __5th__ floor, Worcester, Massachusetts on __Tuesday   September 19, 2006__, at __2:00P.M.__ for the purpose of __Testifying__

in the case of     UNITED STATES OF AMERICA V. __NICHOLAS POLICE__

CR Number __05-40034-FDS__

And you are to retain the body of said __DANIEL J. LEHAN__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __DANIEL J. LEHAN__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this __15th__ day of __September,__ 2006.


/s/ F. Dennis Saylor IV
UNITED STATES DISTRICT JUDGE

                                                SARAH THORNTON, CLERK

                                                By: /s/ Martin Castles
                            SEAL                    Deputy Clerk