UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO.: 05-40034-FDS |
| v. ) | |
| ) | |
| NICHOLAS POLICE ) | |

## APPLICATION

Michael K. Loucks, Acting United States Attorney for the District of Massachusetts, hereby applies to this Court, pursuant to Title 18, United States Code, Section 6003, for an Order requiring DANIEL J. LEHAN to testify or provide other information before the United States District Court within this District. In support of this application, the Government respectfully alleges as follows:

1.  DANIEL J. LEHAN has been called to testify at a sentencing hearing before the United States District Court within this District.

2.  It is likely that DANIEL J. LEHAN will refuse to testify or provide other information on the basis of his privilege against self-incrimination.

3.  In the judgment of the United States Attorney, the testimony of DANIEL J. LEHAN may be necessary to the public interest.

4.  This Application is made with the approval of Barry Sabin, Deputy Assistant Attorney General of the Criminal Division of the United States Department of Justice, pursuant to the authority vested in him by Title 18, United States Code, Section 6003(b) and 28 C.F.R. Section 0.175(a). A copy of the letter from the Deputy Assistant Attorney General expressing such approval is attached hereto, and incorporated herein.

WHEREFORE, the United States Attorney requests that this Court issue an Order pursuant to Sections 6002 and 6003 of Title 18, United States Code, requiring DANIEL J. LEHAN to give testimony and provide other information relating to all matters about which he may be examined before the United States District Court within this District.

Respectfully submitted,

Michael J. Sullivan
United States Attorney

Michael K. Loucks
Acting United States Attorney

Date: 9/15/6

Received   09-15-2006   11:14        From-                           To-USATTY              Page 002

TOTAL P.02



**U.S. Department of Justice**

Criminal Division

---

Office of the Assistant Attorney General　　　　　　　Washington, DC 20530-0001

SEP 14 2006

The Honorable Michael J. Sullivan
United States Attorney
District of Massachusetts
Boston, Massachusetts 02210

Attention:    George W. Vien
              Assistant United States Attorney

　　　Re:    United States v. Nicholas Police

Dear Mr. Sullivan:

　　　Pursuant to the authority vested in me by 18 U.S.C. 6003(b) and 28 C.F.R. 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of Massachusetts for an order pursuant to 18 U.S.C. 6002-6003 requiring Daniel J. Lehan to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

　　　　　　　　　　　　　　　　　　Sincerely,

~~Alice S. Fisher
Assistant Attorney General~~

Barry Sabin
Deputy Assistant Attorney General
Criminal Division

P.02/02

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO.: 05-40034-FDS |
| v. ) | |
| ) | |
| NICHOLAS POLICE ) | |

ORDER

This matter is before the Court on the Application of Michael K. Loucks, Acting United States Attorney for the District of Massachusetts, for an Order requiring DANIEL J. LEHAN to give testimony or provide other information pursuant to the provisions of Title 18, United States Code, Sections 6002 and 6003.

Upon consideration of the Application of the United States Attorney and it appearing to the satisfaction of this Court that:

1.    DANIEL J. LEHAN has been called to testify or provide other information at a sentencing hearing before the United States District Court within this District;

2.    It is likely that DANIEL J. LEHAN will refuse to testify or provide other information on the basis of his privilege against self-incrimination;

3.    In the judgment of the United States Attorney, the testimony or other information from DANIEL J. LEHAN may be necessary to the public interest; and

4.    The Application filed herein has been made with the approval of Barry Sabin, Deputy Assistant Attorney General of the Criminal Division of the Department of Justice, pursuant to the authority vested in him by Title 18, United States Code, Section 6003(b) and Title 28, C.F.R., Section 0.175(a).

1

NOW, THEREFORE, IT IS ORDERED, pursuant to Title 18, United States Code, Sections 6002 and 6003, that DANIEL J. LEHAN shall give testimony or provide other information as to all matters about which he may be interrogated at the sentencing hearing held in the United States District Court within this District.

IT IS FURTHER ORDERED that no testimony or other information compelled under this Order (or any information directly or indirectly derived from such testimony or other information) may be used against DANIEL J. LEHAN in any criminal case except a prosecution for perjury, giving a false statement or otherwise failing to comply with this Order.

_____
UNITED STATES DISTRICT JUDGE

DATE:_____