UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO.: 05-40034-FDS |
| v. ) | |
| ) | |
| NICHOLAS POLICE ) | |

ORDER

This matter is before the Court on the Application of Michael K. Loucks, Acting United States Attorney for the District of Massachusetts, for an Order requiring DANIEL J. LEHAN to give testimony or provide other information pursuant to the provisions of Title 18, United States Code, Sections 6002 and 6003.

Upon consideration of the Application of the United States Attorney and it appearing to the satisfaction of this Court that:

1. DANIEL J. LEHAN has been called to testify or provide other information at a sentencing hearing before the United States District Court within this District;

2. It is likely that DANIEL J. LEHAN will refuse to testify or provide other information on the basis of his privilege against self-incrimination;

3. In the judgment of the United States Attorney, the testimony or other information from DANIEL J. LEHAN may be necessary to the public interest; and

4. The Application filed herein has been made with the approval of Barry Sabin, Deputy Assistant Attorney General of the Criminal Division of the Department of Justice, pursuant to the authority vested in him by Title 18, United States Code, Section 6003(b) and Title 28, C.F.R., Section 0.175(a).

1

NOW, THEREFORE, IT IS ORDERED, pursuant to Title 18, United States Code, Sections 6002 and 6003, that DANIEL J. LEHAN shall give testimony or provide other information as to all matters about which he may be interrogated at the sentencing hearing held in the United States District Court within this District.

IT IS FURTHER ORDERED that no testimony or other information compelled under this Order (or any information directly or indirectly derived from such testimony or other information) may be used against DANIEL J. LEHAN in any criminal case except a prosecution for perjury, giving a false statement or otherwise failing to comply with this Order.

_____
UNITED STATES DISTRICT JUDGE

DATE: 9.18.2006