JAMES P. McGOVERN
3RD DISTRICT, MASSACHUSETTS

COMMITTEE ON RULES

## Congress of the United States
## House of Representatives
### Washington, DC 20515-2103

430 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-2103
(202) 225-6101

DISTRICT OFFICES:
34 MECHANIC STREET
WORCESTER, MA 01608
(508) 831-7356

ATTLEBORO OFFICE:
8 NORTH MAIN STREET, ROOM 200
ATTLEBORO, MA 02703
(508) 431-8025

FALL RIVER OFFICE:
218 SOUTH MAIN STREET, ROOM 204
FALL RIVER, MA 02721
(508) 677-0140

MARLBOROUGH OFFICE:
255 MAIN STREET, ROOM 104
MARLBOROUGH, MA 01752
(508) 460-9292

http://www.house.gov/mcgovern/

September 18, 2006

Honorable F. Dennis Saylor IV
United States District Court - Massachusetts Central Division
Donohue Federal Building & U.S. Courthouse
595 Main Street
Worcester, MA 01608

RE:   United States vs. Nicholas Police
      Docket # CR 05-40034

Dear Judge Saylor:

    I am writing to respectfully request full and fair consideration for Mr. Nicholas Police in the above-referenced matter scheduled for sentencing on Tuesday, September 19, 2006. I also ask that this correspondence be made part of the official record of this proceeding and shared with the appropriate parties.

    While I am not personally familiar with Mr. Police or the specific details surrounding the criminal conduct with which he has been charged, I am concerned that strict adherence to the high range of the federal sentencing guidelines in this instance may foreclose an opportunity for this young man to return from prison as a productive member of society. I certainly do not minimize the negative impact of Mr. Police's actions or offer excuses for his behavior. However, as a college graduate from a stable home environment with the support of loving parents, Mr. Police stands an excellent chance to be fully rehabilitated without serving a severely prolonged period of incarceration.

    I trust you will wisely exercise your judicial discretion and impose a fair sentence that requires Mr. Police to assume complete responsibility for his actions while preserving his hope to someday soon redeem himself. Thank you for your thoughtful consideration.

Sincerely,

James P. McGovern
Member of Congress