UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his

deputies, and to:  MCI Gardner
　　　　　　　　　500 Colony Road
　　　　　　　　　Gardner, MA 01440


YOU ARE COMMANDED to have the body of   NICHOLAS POLICE   now in your custody,

before the United States District Court for the District of Massachusetts, United States Courthouse, Courtroom  No. 2,

on the 5th  floor, Worcester, Massachusetts on   Thursday   October 12, 2006 , at  2:00P.M.

for the purpose of    DISPOSITION

in the case of      UNITED STATES OF AMERICA V.    NICHOLAS POLICE

CR Number   05-40034-FDS

　　　And you are to retain the body of said   NICHOLAS POLICE   while before said Court

upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon

as may be thereafter to return said  NICHOLAS POLICE  to the institution from which he was taken, under safe and secure

conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then

and there this Writ with your doings herein.

Dated this    10th     day of  October,    2006.


/s/ F. Dennis Saylor IV
UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　　　　　　SARAH THORNTON, CLERK

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Martin Castles
　　　　　　　　　　　　SEAL　　　　　　　　　Deputy Clerk